UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Ryan Devereaux, et al.                )
                                 ,    )
                                      )
              Plaintiff,              )
                                      )
        v.                            )    Case No.
County of St. Louis,                  )
Missouri,  et al         ,            )
              Defendant,              )
                                      )

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY
WHEN INITIATING A NEW CASE.**

[ ]     THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS

PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____

AND ASSIGNED TO THE HONORABLE JUDGE _____.

[X]     THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY

PREVIOUSLY FILED COMPLAINT.  THE RELATED CASE NUMBER IS 4:14-cv-1901_____ AND

THAT CASE WAS ASSIGNED TO THE HONORABLE E. Richard Webber__. THIS CASE MAY,

THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

[ ]     NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT

COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE

MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 3/30/15                        _____
                                         Signature of Filing Party