IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RYAN DEVEREAUX, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Cause No. 4:15cv-00553-RWS |
| v. | ) |
| | ) |
| ST. LOUIS COUNTY, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT ST. LOUIS COUNTY POLICE DEPARTMENT'S MOTION TO DISMISS

COMES NOW Defendant St. Louis County Police Department ("SLCPD") and moves the Court to dismiss the Complaint (Doc. #1) as to it. As grounds therefor, SLCPD states that:

1. The Complaint fails to state a claim against SLCPD upon which relief can be granted.

2. The Complaint is legally frivolous as to SLCPD.

WHEREFORE, Defendant SLCPD asks that the Complaint be dismissed as to it; and for such other relief as the Court deems appropriate in the circumstances.

                                                PETER J. KRANE
                                                COUNTY COUNSELOR

By:    _/s/_Michael A. Shuman_____
        Michael A. Shuman #MO32418
        Associate County Counselor
        Lawrence K. Roos Bldg., 9th Fl.
        41 So. Central Avenue
        Clayton, MO. 63105
        314-615-7042; Fax 314-615-3732
        Mshuman@stlouisco.com

A copy of the foregoing was filed April 9, 2015 with the Court's electronic filing system.

 /s/ Michael A. Shuman