UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEVEREAUX, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.  4:15 CV 553 RWS |
| ) | |
| COUNTY OF ST. LOUIS, MISSOURI, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

# ORDER

Plaintiffs filed suit in this Court on March 30, 2015, asserting claims against defendants St. Louis County, Missouri, St. Louis County Police Department, John Doe Officers 1-20, and John Belmar for alleged violations of 42 U.S.C. § 1983.  On April 9, 2015, defendant St. Louis County Police Department filed a motion to dismiss, arguing that it should be dismissed from this case because it is not a suable entity.  On April 30, 2015, plaintiffs filed an amended complaint against all defendants terminating defendant St. Louis County Police Department from the complaint.

Accordingly,

**IT IS HEREBY ORDERED that** St. Louis County Police Department's Motion to Dismiss #[7] is **DENIED** as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 7th day of May, 2015.