UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEVEREAUX, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | )  Case No. 4:15 CV 553 RWS |
| ST. LOUIS COUNTY, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

In accordance with and for the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED** that St. Louis Metropolitan Police Department's Motion to Quash #[22] is **GRANTED** in part and **DENIED** in part as stated on the record.

**IT IS FURTHER ORDERED** that discovery shall proceed as stated on the record, and the parties shall submit a revised proposed protective order for the Court's consideration in accordance with the Court's instructions as stated on the record. The parties shall submit the revised proposed protective order to the Court no later than **September 8, 2015**.

**IT IS FURTHER ORDERED** that a status conference on this matter is set for **September 10, 2015 at 10:00 a.m.** in Courtroom 16-South.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of August, 2015.