UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEVEREAUX, et al.,                    )
                                      )
        Plaintiffs,                   )
                                      )
    vs.                               )        Case No. 4:15 CV 553 RWS
                                      )
ST. LOUIS COUNTY, et al.,             )
                                      )
    Defendants.                       )

## AMENDED CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED** that the parties' joint motion to modify the case

management order in this matter #[46] is **GRANTED**.  The case management order previously

entered in this case is amended only as follows:

(a)     All motions for joinder of additional parties or amendment of pleadings shall be filed no later than **November 27, 2015**.

(b)     Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **January 22, 2016**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **March 18, 2016**.

(c)     Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **April 29, 2016**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **June 3, 2016**.

(d)     The parties shall complete all discovery in this case no later than **June 17, 2016**.

(e)     This case shall be referred to alternative dispute resolution on **November 6, 2015**, and that reference shall terminate on **January 8, 2016**.

(f)     Any Daubert or Kumho Tire motions, motions to dismiss, for summary judgment or motions for judgment on the pleadings must be filed no later than **July 15, 2016**.  Opposition briefs shall be filed no later than **August 12, 2016** and any reply brief may be filed no later than **August 26, 2016**.

(g)	This action is set for a **JURY** trial on **December 12, 2016**, at **9:00 AM**.  This is a **three-**week docket.


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of September, 2015.