UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RYAN DEVEREAUX, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:15-CV-00553-RWS |
| | ) |
| ST. LOUIS, COUNTY OF, MISSOURI, | ) |
| Et al., | ) |
| | ) |
| Defendants. | ) |

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's <u>Order Referring Case to ADR</u> for **Mediation,** dated <u>November 25, 2015,</u> the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action.

| | |
|---|---|
| Name of Neutral/Firm: | Michael S. Geigerman |
| Firm Address: | US Arbitration and Mediation |
| | 500 N. Broadway, Suite 1800 |
| | St. Louis, MO 63102 |
| Telephone: | 314/231-4642     Fax: 314/231-0137 |

**The attorneys of record in this case are**

| | |
|---|---|
| Lead Counsel: | Corrine A. Irish |
| Firm Address: | 30 Rockefeller Plaza, 23rd fl |
| | New York, NY 10112 |
| Telephone: | 212-872-9823     Fax: 212-872-9815 |

| | |
|---|---|
| Other Counsel: | Michael Shuman |
| Firm Address: | Associate County Counselor |
| | St. Louis County Counselor's Office |
| | 41 South Central Avenue |
| | Clayton, MO 63105 |
| Telephone: | 314-615-7042    Fax: 314-615-3732 |

**The completion deadline for this ADR referral is January 29, 2016.**

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference: January 19, 2016 _____

Time of Conference: 10 a.m.

Location of Conference (Check One):

❑    Designated Space at: Eastern District of Missouri Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

x Other Location:    Office of United States Arbitration and Mediation
500 N. Broadway, Suite 1800
St. Louis, MO 63102

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

Date: December 12, 2015

_/s/ Corrine A. Irish_____

Signature of Plaintiff

_/s/ Michael A. Shuman_____

Signature of Defendant(s)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 14, 2015, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to counsel of record.

/s/ Corrine A. Irish