# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| RYAN DEVEREAUX, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:15-CV-00553-RWS |
| v. | ) | |
| | ) | |
| ST. LOUIS COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | | |

## DEFENDANTS CITY OF ST. LOUIS, SAM DOTSON,  JOSH BECHERER, JAMES JOYNER, AND BRIAN ROSSOMANNO'S  ANSWER TO COUNT X OF PLAINITFF'S SECOND AMENDED COMPLAINT

Comes now Defendants City of St. Louis, Sam Dotson, Josh Becherer, James Joyner, and Brian Rossomanno  (collectively "Defendants") by and through counsel and for their Answer to Count X of the Plaintiffs' Second Amended Complaint ("Complaint"), deny everything not specifically admitted herein, and in particular, state as follows:

### Count X

177. As to paragraph 177, Defendants repeat the responses they made to the earlier paragraphs.

178. Defendants deny paragraph 178.

179. Defendants deny paragraph 179.

180. Defendants deny paragraph 180.

1

WHEREFORE, having fully answered Plaintiffs' Second Amended Complaint, Defendants pray to be dismissed with prejudice and for reasonable costs and attorney's fees, and for such other and further relief as the Court deems fair and reasonable.

Respectfully submitted,
MICHAEL GARVIN, CITY COUNSELOR

/s/ Thomas A. McCarthy
Thomas A. McCarthy  #56703 MO
Assistant City Counselor
Room 314 City Hall
St. Louis, Mo  63103
(314) 622-3361
(314) 622-4956 Fax
McCarthyT@stlouis-mo.gov

**Certificate of Service**

The undersigned hereby certifies that on Monday, March 14, 2016 a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which was sent notification of such filing to all parties of record.

/s/ Thomas A. McCarthy