UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Ryan Devereaux

Vs.

Case No. 4:15-cv-00553

St. Louis County

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

### Option 1

( ) An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for _____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____.
*Such an election by the neutral is permitted once during the span of a mediation in a single case. All other extensions require court approval.*

### Option 2

(X) An ADR conference was held on January 19, 2016. The mediation is continuing

(X) All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

( ) The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

**The ADR referral was concluded on March 15, 2016. The parties [( ) did  (X) did not] achieve a settlement. The negotiations are continuing. The parties are close and the mediator is hopeful that a settlement will soon be achieved.**

**The above sent with approval of the parties.**

### Option 3

( ) Although this case was referred to ADR, a conference WAS NOT HELD.

3/15/16
Date

Neutral, Mr. Michael S. Geigerman