## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

_____
                                )

RYAN DEVEREAUX, et al.,         )
                                )

          Plaintiffs,           )

          vs.                    )     **Civil Action No.  4:15-cv-00553-RWS**
                                )

COUNTY OF ST. LOUIS, MISSOURI,  )
et al.                                )

          Defendants.         )
                                )
_____ )

## <u>STATUS REPORT</u>

Plaintiffs Ryan Devereaux, Lukas Hermsmeier, Ansgar Graw and Frank Herrmann ("Plaintiffs") and St. Louis County, John Belmar, John Pfanstiel, Corey Zavorka, Justin Sparks, Matthew Hauck, Jason Dite, Jason Neuman, Matthew Taylor, Scott Miceli, Brian Ludwig, Jeffrey Feusting, Walter Davis, Nicholas Rebholz, Matthew Zufall, Brian Mccauley, Amy Dlugos and Marcial Amaro ("County Defendants"), by and through undersigned counsel, submit the following joint status report pursuant the Court Order of March 16, 2016 [ECF #84].

Counsel for Plaintiffs and County Defendants have reached a provisional agreement in principle, but additional time is required to resolve the language of an agreement and secure the requisite approvals.

In light of the foregoing, the parties respectfully request that the stay in this case be extended until April 20, 2016.  A proposed order is attached.

Respectfully submitted,

By: /s/ Corrine A. Irish

Corrine A. Irish
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 872-9800
Fax: (212) 872-9815
corrine.irish@squirepb.com
E.D. Mo. Bar No. 4289716NY

Steven Friedman (Ohio Bar #0060001)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Tel; 216-479-8500
Fax: 216-479-8780
steven.friedman@squirepb.com

Richard H. Sindel
SINDEL, SINDEL & NOBLE, P.C.
8000 Maryland Ave., Ste. 350
Clayton, MO 63105
(314) 721-6040
(314) 721-8545 Fax
(314) 799-7045 Cell
rsindel@sindellaw.com
*Attorneys for Plaintiffs*


PETER J. KRANE
COUNTY COUNSELOR

By: _/s/_Michael A. Shuman_____

Michael A. Shuman #MO32418
Associate County Counselor
Lawrence K. Roos Bldg.
41 So. Central Avenue
Clayton, MO. 63105
314-615-7042; Fax 314-615-3732
Mshuman@stlouisco.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 31, 2016, a copy of the foregoing Status Report and Proposed Order were electronically filed with the Court using the CM/ECF system, which sent notification to all counsel of record.

/s/ Corrine A. Irish