**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**JUDGE RODNEY W. SIPPEL**
**COURTROOM PROCEEDING 16 SOUTH**
**COURTROOM MINUTE SHEET CIVIL**

CASE NO.   4:15CV553  RWS

STYLE:    Devereaux et al v. St. Louis, County of, Missouri, et al

DATE:   4/27/16

Court Reporter:    Shannon White

Deputy Clerk:    Andrea Luisetti

Attorneys for Plaintiffs:    Corrine Anetra Irish (vis telephone)

Attorneys for Defendants:    Michael Shuman, Thomas McCarthy

(X) Parties present for hearing on:

Amended Rule 16 Conference.  Held in Courtroom.  Discussion held.  Hearing continued until 5/23/16 at 10:00 a.m.

Proceeding Commenced and Ended:   2:05 p.m. -   2:20 p.m.