UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Ryan Devereaux

Vs.

St. Louis County

Case No. 4:15-cv-00553

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

**Option 1**

( ) An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for _____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____.
*Such an election by the neutral is permitted once during the span of a mediation in a single case. All other extensions require court approval.*

**Option 2**

(X) A final ADR conference was held on 1/19/16.

(X) All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

( ) The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

**The ADR referral was concluded on** 5/9/16. **The parties [(X) did ( ) did not] achieve a settlement.**

**Option 3**

( ) Although this case was referred to ADR, a conference WAS NOT HELD.

5/10/16
Date

Neutral, Mr. Michael S. Geigerman