IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| RYAN DEVEREAUX, et al., ) ) Plaintiffs, ) vs. ) ) COUNTY OF ST. LOUIS, MISSOURI, ) et al. ) Defendants. ) ) | Civil Action No.  4:15-cv-00553-RWS |

## JOINT STIPULATION OF PARTIAL DISMISSAL

**IT IS HEREBY JOINTLY STIPULATED** by Plaintiffs Ryan Devereaux, Lukas Hermsmeier, Ansgar Graw and Frank Herrmann ("Plaintiffs") and St. Louis County, John Belmar, John Pfanstiel, Corey Zavorka, Robert Fumagalli, Justin Sparks, Matthew Hauck, Jason Dite, Jason Neuman, Matthew Taylor, Scott Miceli, Brian Ludwig, Jeffrey Fuesting, Walter Davis, Nicholas Rebholz, Matthew Zufall, Brian Mccauley, Amy Dlugos and Marcial Amaro ("County Defendants"), through their undersigned counsel of record, that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs dismiss all causes of action against the County Defendants with Prejudice as to Plaintiffs.  The Plaintiffs and County Defendants stipulate that the County Defendants shall be dismissed as parties and the following causes of actions, brought solely against the County Defendants, be dismissed in their entirety: Counts II (42 U.S.C. § 1983 – First Amendment), IV (42 U.S.C. § 1983 – First Amendment Retaliation), VI (42 U.S.C. § 1983 – Fourth Amendment Search and Seizure), VII (42 U.S.C. § 1983 - Municipal Liability),

IX (State Law - Declaratory Judgment), XI (State Law – False Imprisonment), XII (State Law – False Imprisonment), XIII (State Law – Battery), XV (State Law – Battery).  Plaintiffs and County Defendants also jointly stipulate that Plaintiffs Ansgar Graw and Frank Herrmann will be terminated as Plaintiffs, having no further actions before this Court.

Plaintiffs and the County Defendants shall bear their own attorneys' fees and costs incurred in the above-captioned action, as expressly provided by their confidential, executed Settlement Agreement and Release ("Settlement Agreement").  The parties stipulate that this Court shall retain jurisdiction over any disputes arising out of or under the Settlement Agreement.

Plaintiffs and County Defendants respectfully request that the Court enter an order to this effect.

Counsel for the City of St. Louis, Sam Dotson, Josh Becherer, James Joyner, and Brian Rossomanno have advised that they have no objection.


Dated:  May 11, 2016

3

Respectfully submitted,

By: __/s/ Corrine A. Irish_____

Corrine A. Irish - #4289716NY
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza
New York, New York 10112
Tel:    (212) 872-9800
Fax:    (212) 872-9815
corrine.irish@squirepb.com
E.D. Mo. Bar No. 4289716NY

Steven Friedman (Ohio Bar #0060001)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Tel;    216-479-8500
Fax:    216-479-8780
Steven.friedman@squirepb.com

Richard H. Sindel
Sindel, Sindel & Noble, P.C.
8000 Maryland Ave., Ste. 350
Clayton, MO 63105
(314) 721-6040
(314) 721-8545 Fax
(314) 799-7045 Cell
rsindel@sindellaw.com
Attorneys for Plaintiffs

PETER J. KRANE
COUNTY COUNSELOR

By: _/s/_Michael A. Shuman_____

Michael A. Shuman #MO32418
Associate County Counselor
Lawrence K. Roos Bldg.
41 So. Central Avenue
Clayton, MO. 63105
314-615-7042; Fax 314-615-3732
Mshuman@stlouisco.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on May 11, 2016 a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to counsel of record.

_/s/ Corrine A. Irish_____

Corrine A. Irish