IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| RYAN DEVEREAUX, et al.,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>COUNTY OF ST. LOUIS, MISSOURI, et al.<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No.  4:15-cv-00553-RWS<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION OF PARTIAL DISMISSAL

**IT IS HEREBY JOINTLY STIPULATED** by Plaintiffs Ryan Devereaux and Lukas Hermsmeier ("Plaintiffs") and St. Louis City, Sam Dotson, Josh Becherer, James Joyner, and Brian Rossomanno ("City Defendants"), through their undersigned counsel of record, that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs dismiss all remaining causes of action against the City Defendants with Prejudice as to Plaintiffs.  The Plaintiffs and City Defendants further stipulate that, as Plaintiffs have no remaining claims before this Court, the above-captioned action be dismissed in its entirety with Prejudice.

Plaintiffs and the City Defendants shall bear their own attorneys' fees and costs incurred in the above-captioned action, as expressly provided by their executed Settlement Agreement and Release ("Settlement Agreement").  The parties stipulate that this Court shall retain jurisdiction over any disputes arising out of or under the Settlement Agreement until October 7, 2019.

Plaintiffs and City Defendants respectfully request that the Court enter an order to this effect.

Dated:  October 17, 2016

                        Respectfully submitted,

                        By:  __/s/ Corrine A. Irish_____

                        Corrine A. Irish - #4289716NY
                        SQUIRE PATTON BOGGS (US) LLP
                        30 Rockefeller Plaza
                        New York, New York 10112
                        Tel:     (212) 872-9800
                        Fax:    (212) 872-9815
                        corrine.irish@squirepb.com
                        E.D. Mo. Bar No. 4289716NY

                        Steven Friedman (Ohio Bar #0060001)
                        SQUIRE PATTON BOGGS (US) LLP
                        4900 Key Tower
                        127 Public Square
                        Cleveland, Ohio 44114
                        Tel;     216-479-8500
                        Fax:    216-479-8780
                        Steven.friedman@squirepb.com

                        Richard H. Sindel
                        Sindel, Sindel & Noble, P.C.
                        8000 Maryland Ave., Ste. 350
                        Clayton, MO 63105
                        (314) 721-6040
                        (314) 721-8545 Fax
                        (314) 799-7045 Cell
                        rsindel@sindellaw.com
                        Attorneys for Plaintiffs

        Michael A. Garvin
        City Counselor

        By _/s/ Brent Dulle_____

        J. Brent Dulle
        City of St. Louis Law Department
        1200 Market St., Rm 314
        St. Louis, MO 63103
        Tel. 314 622-4644

        Counsel for City Defendants

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that, on October 17, 2016 a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to counsel of record.

        _/s/ Corrine A. Irish_____

        Corrine A. Irish